JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**
MICHAEL A. PADULA, US POSTAL SERVICE, et al

(b) County of Residence of First Listed Plaintiff   **MONMOUTH**
   *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   MONMOUTH
   *(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Kevin P. Wigenton, Esq. - WIGENTON LAW FIRM
125 Harding Road, POB 781, Red Bank, NJ 07701   732 842-6842

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☒ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Personal Injury - Automobile Collision

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE   BRM / TJB
DOCKET NUMBER   3:17-cv-5443

DATE   11-5-17
SIGNATURE OF ATTORNEY OF RECORD   [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Trenton

| | |
|---|---|
| MAUREEN F. TINSLEY,<br><br>Plaintiff,<br><br>-vs-<br><br>MICHAEL A. PADULA (Driver and Employee) and UNITED STATES POSTAL SERVICES (Owner and Employer), a/k/a USPS, and JOHN DOES 1 - 5,<br><br>Defendants. | CIVIL ACTION<br><br>No.: _____ ( ) ( )<br><br>COMPLAINT and<br>JURY DEMAND |

Plaintiff, **MAUREEN F. TINSLEY** (hereinafter referred to as "Plaintiff") currently residing at **609 Ridge Avenue, Unit 1 in Asbury Park, New Jersey 07712**, by and through her attorney, **KEVIN P. WIGENTON, Esq.**, by way of complaint against defendants, says:

### STATEMENT OF JURISDICTION

Plaintiff is a resident of Monmouth County, State of New Jersey. Defendant Michael A. Padula was the driver of a postal truck that is owned by Defendant United States Postal Service, an agency of the United States government.

## **COMPLAINT**

1. On or about **March 16, 2016**, in the late morning, Plaintiff was driving her automobile in the **Township of Neptune**, County of Monmouth, State of New Jersey. Plaintiff was traveling north on **State Highway 35**, at the intersection of State Highway 33, when she stopped at the traffic light. After stopping, Plaintiff's automobile was violently struck from the rear by a United States Postal Service truck operated by Defendant Michael A. Padula.

2. At the aforesaid time and place, Defendant Padula was the **operator** of motor vehicle that was involved in a violent, rear-end collision that caused Plaintiff severe injuries, pain and suffering.

3. On or about April 19, 2016, Plaintiff through counsel filed a Notice of Claim, via certified and first class mail, return receipt requested (#7015 1730 0000 1672 7665), with Defendant U.S. Postal Service at its Neptune, New Jersey branch.

4. At the aforesaid time and place, it was the duty of Defendant Padula to operate said motor vehicle in a careful and prudent manner so as not to cause injury to the Plaintiff and said duty was breached by the Defendant Padula.

5. As a result of the carelessness, recklessness and negligence of the defendant, Plaintiff was caused to sustain severe internal and external injuries; was caused to sustain severe physical pain and suffering; and will in the future be caused to sustain severe physical pain and suffering; was caused to incur extensive medical expenses; and was caused to sustain other great losses.

6. Defendant **United States Postal Service** (USPS) negligently allowed Defendant **Michael A. Padula** to operate its motor vehicle. Said Defendant USPS failed to properly screen, supervise, train and/or monitor Defendant Padula so as to prevent injuries to Plaintiff.

2

7. At the aforesaid time and place, the Defendant **UNITED STATES POSTAL SERVICE (USPS)** was the **owner** of motor vehicle that rear-ended Plaintiff's vehicle in connection with the above mentioned violent collision.

8. At the aforesaid time and place, it was the duty of the Defendant USPS to ensure safe operation of its vehicle by its employee and to make certain that Defendant Padula did not cause injury to others.

9. At the aforesaid time and place, defendant's vehicle violently collided with Plaintiff's vehicle, causing Plaintiff to experience severe injury, pain and suffering.

10. As a result of the carelessness, recklessness and negligence of the defendants, Plaintiff was caused to sustain severe internal and external injuries; was caused to sustain severe physical pain and suffering; and will in the future be caused to sustain severe physical pain and suffering; was caused to incur extensive medical expenses; and was caused to sustain other great losses.

**WHEREFORE**, Plaintiff, **MAUREEN F. TINSLEY**, demands judgment against the Defendants **MICHAEL A. PADULA** and **UNITED STATES POSTAL SERVICE** for damages together with interest and costs of suit.

Dated: **November 6, 2017**

_____
**KEVIN P. WIGENTON**
Attorney for Plaintiff

### JURY DEMAND

**PLEASE TAKE NOTICE** that Plaintiff demands a trial by jury as to all issues.

Dated: **November 6, 2017**

_____
**KEVIN P. WIGENTON**
Attorney for Plaintiff

3

## CERTIFICATION

I hereby certify to the best of my knowledge that the matter in controversy is related to pending matter: **TANYA KING v PADULA, USPS, et al, Case No.: 3:17-cv-5443** .

Dated: **November 6, 2017**

_____
**KEVIN P. WIGENTON**
Attorney for Plaintiff
**WIGENTON LAW FIRM**
125 Harding Road, POB 781
Red Bank, NJ  07701-0781
(732) 842-6842 Phone
(732) 842-2902
*kwig@aol.com*

4