CRAIG CARPENITO
United States Attorney
KRUTI D. DHARIA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2891
email: kruti.dharia@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN F. TINSLEY,<br><br>    *Plaintiff,*<br><br>  v.<br><br>MICHAEL A. PADULA (Driver and employee); U.S. POSTAL SERVICES (Owner and Employee), a/k/a USPS; and JOHN DOES 1-5,<br><br>    *Defendants.* | Hon. Brian R. Martinotti<br><br>*Civil Action No.* 3:17-11427 (BRM)(TJB)<br><br>STIPULATION OF VOLUNTARY DISMISSAL |

  The parties in the above-referenced action voluntarily agree, through counsel, to dismiss the case under F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without prejudice, and without costs, attorneys' fees, expenses or disbursements to any party.

Dated: Newark, New Jersey
   February 13, 2018

                CRAIG CARPENITO
                United States Attorney

          By:  *s/ Kruti Dharia*
              KRUTI D. DHARIA
              Assistant United States Attorney
              *Attorney for Defendants*

1

Dated: Red Bank, New Jersey
      February 13, 2018

                                        <u>*s/ Kevin Wigenton*</u>
                                        Kevin P. Wigenton, Esq.
                                        *Attorney for Plaintiff Maureen Tinsley*

So-Ordered:

_____
HONORABLE BRIAN R. MARTINOTTI

February __, 2018

2