CRAIG CARPENITO
United States Attorney
KRUTI D. DHARIA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2891
email: kruti.dharia@usdoj.gov

RECEIVED
FEB 15 2018
AT 8:30
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAUREEN F. TINSLEY,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL A. PADULA (Driver and employee); U.S. POSTAL SERVICES (Owner and Employee), a/k/a USPS; and JOHN DOES 1-5,<br><br>*Defendants.* | Hon. Brian R. Martinotti<br><br>*Civil Action No.* 3:17-11427 (BRM)(TJB)<br><br>STIPULATION OF VOLUNTARY DISMISSAL |

The parties in the above-referenced action voluntarily agree, through counsel, to dismiss the case under F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without prejudice, and without costs, attorneys' fees, expenses or disbursements to any party.

Dated: Newark, New Jersey
       February 13, 2018

                               CRAIG CARPENITO
                               United States Attorney

               By:     s/ *Kruti Dharia*
                               KRUTI D. DHARIA
                               Assistant United States Attorney
                               *Attorney for Defendants*

Dated: Red Bank, New Jersey
February 13, 2018

*s/ Kevin Wigenton*
Kevin P. Wigenton, Esq.
*Attorney for Plaintiff Maureen Tinsley*

So-Ordered:

_____
HONORABLE BRIAN R. MARTINOTTI

February 15, 2018

2